UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HENRY FAINT,**

      **Plaintiff,**

v.                                           **Case No: 6:23-cv-51-EJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant (the "Motion") (Doc. 26), filed June 14, 2023. Therein, Defendant requests that the case be reversed and remanded to the Commissioner of Social Security, pursuant to sentence four[1] of 42 U.S.C. § 405(g), for the following reasons:

> On remand, the Commissioner will: (1) clearly articulate the period under consideration in light of October 26, 2021 fully favorable decision [sic]; (2) obtain supplemental vocational evidence; (3) offer Plaintiff an opportunity for a hearing; (4) take any further action necessary to complete the administrative record; and (5) issue a new decision.

(*Id.* at 1.) Upon consideration, the Court will grant the Motion.

---

[1] A "sentence-four" remand refers to the fourth sentence of 42 U.S.C. § 405(g). Sentence four authorizes the Court to enter a "judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

Accordingly, it is hereby **ORDERED** that:

1. Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant (Doc. 26) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the aforementioned reasons.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk is **DIRECTED** to enter a separate judgment in favor of Plaintiff and close the case.

**DONE** and **ORDERED** in Orlando, Florida on June 28, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE